

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00603-CV

**JUBILEE ACADEMIC CENTER, INC.,**
Appellant

v.

**SCHOOL MODEL SUPPORT, LLC** d/b/a Athlos Academies,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22759
Honorable Monique Diaz, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we REVERSE the portion of the trial court's order that denied Jubilee Academic Center, Inc.'s combined motion for summary judgment against School Model Support, LLC's breach of contract claim for future lost profits, and we RENDER judgment that School Model Support, LLC take nothing on those claimed damages.

We AFFIRM the remainder of the trial court's order, and we REMAND the cause. We tax costs of court for this appeal against the party that incurred them.

SIGNED June 20, 2024.

_____
Patricia O. Alvarez, Justice